FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 29 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:02-CR-188-KJD-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RICHARD CAMERON HARRIS ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#91), sentencing held on February 19, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $288.79

Name of Payee: FIRST USA BANK
Amount of Restitution: $924.46

Name of Payee: MBNA AMERICAN
Amount of Restitution: $3,180.98

Name of Payee: DISCOVER CARD
Amount of Restitution: $310.00

**Total Amount of Restitution ordered: $4,704.23***
*Joint and Several with co-defendant Dawn Marie Makaroplos

Dated this ___29th___ day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE